United States District Court
for the District of New Jersey

_____

**DORI PATRICIA MARTIN**

:
:
:     Civil No. 97-2683
:
        Plaintiff                         :
:     Order of Reassignment

**COMSAT RSI, INC.**                           :
:
        Defendant                     :
_____ :

It is on this 26th day of March 2009,

O R D E R E D that the entitled action is reassigned

from Judge Harold A. Ackerman to Judge Denis M. Cavanaugh.


                                   S/Garrett E. Brown, Jr.
                              Garrett E. Brown, Jr., Chief Judge
                              United States District Court